■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE L. AMATURO, Appellant. [784 NYS2d 377]—Appeal by

the defendant from a judgment of the County Court, Suffolk County (Hinrichs, J.), rendered July 15, 2003, convicting him of grand larceny in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of grand larceny in the second degree beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit. Ritter, J.P., S. Miller, Goldstein and Mastro, JJ., concur.